IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMBA DRAME, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00737-WS-C |
| ALBERTO GONZALES, etc., *et al.*, | : | |
| | : | |
| Respondents. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, is due to be **DISMISSED** as moot.

**DONE** and **ORDERED** this 23rd day of January, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE